UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

20 -CR-   693  ( )( )

Tyishawn Jones

Defendant(s).

-------------------------------------------------------------X

Defendant _____Tyishawn Jones_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or ___ teleconferencing:

___   Initial Appearance Before a Judicial Officer

_X_   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

TYISHAWN JONES
Print Defendant's Name

_____
Defendant's Counsel's Signature

MICHAEL K BURKE
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/22/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge