

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 18, 2025

**BY ECF & E-MAIL**

VOSR proceeding adjourned to 4/3/25 at 2:15 pm.

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

SO ORDERED.

*/s/ Cathy Seibel*  3/18/25
CATHY SEIBEL, U.S.D.J.

Re:   *United States v. Tyishawn Jones, a/k/a "Little Trigga,"* 20 Cr. 693 (CS)

Dear Judge Seibel:

The Government writes to respectfully request, with the consent of the defense, a two-week adjournment of the status conference scheduled for March 19, 2025 in the above-referenced matter. The parties are still in discussions regarding a resolution of the defendant's alleged violations of supervised release in light of the recent DNA analysis produced to the defense and the possibility of an additional criminal charge in connection with the defendant's underlying conduct.  A further adjournment will allow those discussion to continue, including for defense counsel to pursue further discussions, as needed, with unit supervisors within the Government.

The Government understands from the Court's deputy that the Court may have availability at 2:15 p.m. on April 3, 2025.  The parties and the Probation Office have conferred, and they are all available at that time.  Accordingly, the Government respectfully requests an adjournment to April 3, 2025 at 2:15 p.m.[1]

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By:  ___/s/_____
Kevin Sullivan
Assistant United States Attorney
(212) 637-1587

---

[1] A prior version of this letter was filed listing the date as April 2, 2025.  That was a typo, which the undersigned counsel regrets.  April 3, 2025 is the correct date confirmed with the Court's deputy, the parties, and the Probation Office.

*U.S. v. Tyishawn Jones*, 20 Cr. 693 (CS) Page 2
Hon. Cathy Seibel
March 3, 2025

cc: Michael K. Burke, Esq., *Counsel for the Defendant*
      Erica Cudina, *U.S. Probation Officer*